STATE OF CONNECTICUT *v.* JOSEPH R. DeMASI

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 46 (AC 12336), is denied.

*Robert J. Recio,* in support of the petition.

*Judith Rossi,* assistant state's attorney, in opposition.

Decided July 7, 1994

STATE OF CONNECTICUT *v.* NORMAN DILLON

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 96 (AC 12838), is granted, limited to the following issue:

"Whether, under the circumstances of this case, the Appellate Court properly determined that the defendant was not entitled to a jury instruction on self-defense?"

The Supreme Court docket number is SC 14958.

*Susan M. Hankins,* assistant public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided July 7, 1994

STATE OF CONNECTICUT *v.* SADETTIN ZORAVALI

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 428 (AC 11766), is denied.

*Susan M. Hankins,* assistant public defender, in support of the petition.

*Nancy L. Gillespie,* in opposition.

Decided July 7, 1994